# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 5, 2025

Lyle W. Cayce
Clerk

No. 24-40208
Summary Calendar
_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Ira Morya Davis,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:20-CR-80-1

_____

Before Richman, Southwick, and Willett, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Ira Morya Davis has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Davis has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40208

assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.